IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-218-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SILAS FOSTER, JR., ) | |
| ) | |
| Defendant. ) | |

On April 8, 2013, the court granted Silas Foster, Jr.'s ("Foster") motion for a sentence reduction under 18 U.S.C. § 3582 and U.S.S.G. § 1B1.10(c) and reduced Foster's sentence from 57 months' imprisonment to 37 months' imprisonment on count two. See [D.E. 75]. On August 19, 2014, Foster filed a pro se motion for a sentence reduction under 18 U.S.C. § 3582 and U.S.S.G. § 1B1.10(c). See [D.E. 77]. On August 14, 2015, Foster was released from prison. Foster's motion [D.E. 77] is DISMISSED as moot.

SO ORDERED. This **22** day of August 2017.

JAMES C. DEVER III
Chief United States District Judge