UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-218-1-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| SILAS FOSTER, JR. ) | |
| ) | |
| _____ ) | |

On motion of the Defendant, Silas Foster, Jr., and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 115 be sealed by this Court.

Accordingly, it is ORDERED that Docket Entry 115 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 30 day of July, 2020.

_____
The Honorable James C. Dever, III
United States District Judge

-1-